1  FAYER GIPSON LLP
   A Limited Liability Partnership
2  ELLIOT B. GIPSON (State Bar No. 234020)
   EGipson@fayergipson.com
3  GREGORY A. FAYER (State Bar No. 232303)
   GFayer@fayergipson.com
4  MINH Z. KUO (State Bar No. 287489)
   Mkuo@fayergipson.com
5  2029 Century Park East, Suite 3535
   Los Angeles, California 90067
6  Telephone: (310) 557-3558
   Facsimile:  (310) 556-3589
7
   Attorneys for Plaintiff
8  WORLD GYM INTERNATIONAL IP, LLC,
   A Delaware limited liability company

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

World Gym International IP, LLC,
A Delaware Limited Liability Company

      Plaintiff,

 v.

Iron World Gym, an unknown entity;
Von Hersay, a natural person; and
DOES 1-10, inclusive,

      Defendants.

CASE NO. 2:12-cv- 07694-RGK-PJWx

**[PROPOSED] STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**

(PROPOSED struck through)

---

**[PROPOSED] STIPULATED JUDGMENT AND ORDER**

**STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**

Plaintiff World Gym International IP, LLC ("Plaintiff") and Defendants Iron World Gym and Van Hursey (together, the "Defendants") (collectively, the "Parties") stipulate to the following:

1. Plaintiff by and through its counsel commenced this action by filing a complaint for trademark infringement and trademark dilution against Defendant.

2. Defendants acknowledge and/or waive service of the summons and complaint.

3. Defendants admit that the Court has jurisdiction over them and over the subject matter of this action and that venue is proper.

4. Defendants waive the entry of findings of fact and conclusions of law and consent to the entry of this Stipulated Judgment and Order for Permanent Injunction (the "Stipulated Judgment").

5. Plaintiff is the owner of the trademarks and service marks for WORLD and WORLD GYM, as referenced in U.S. registration nos. 1354193, 1783000, 1791584, 1911887, 2268311 and 2499267 (collectively, the "WORLD Marks").

6. Defendants have consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendants from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

**NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED, AND DECREED THAT:**

7. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116, 1121, 1125(a), 1125(b) and 28 U.S.C. §§ 1338.

8. This Court has personal jurisdiction over Defendants.

9. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2).

10. The Court finds that Plaintiff is the owner of the trademarks and service

marks for WORLD, and WORLD GYM as referenced in U.S. registration nos. 1354193, 1783000, 1791584, 1911887, 2268311 and 2499267 (collectively, the "WORLD Marks").

11. The Court finds that Defendants have consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendants from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

12. Defendants, individually and along with their assignees, transferees, employees, agents, owners and representatives, and all other persons, firms or entities acting in concert or participation with it, is permanently enjoined from using the mark IRON WORLD GYM or any derivation thereof utilizing the WORLD Marks in connection with gym and fitness centers in any manner, including but not limited to enjoining them from:

    i. Using, displaying, advertising, or promoting the IRON WORLD GYM and/or WORLD Marks in connection with any gym or fitness services;

    ii. Using, displaying, advertising, or promoting the IRON WORLD GYM and/or WORLD Marks in connection with any goods or services related to gym and fitness services, including without limitation gym or fitness clothing, equipment, and/or nutritional supplements; and

    iii. Assisting any other person or entity from engaging in the conduct described in subparagraphs (i) and (ii) above.

13. Defendants shall have thirty (30) days from the entry of this Stipulated Judgment to comply with the provisions of paragraph 12 above.

14. The Court shall retain jurisdiction over this action to implement and enforce this stipulated judgment and permanent injunction and all other decrees and orders necessary or appropriate.

**STIPULATED JUDGMENT AND ORDER**

15. Plaintiff may conduct post-judgment discovery to monitor Defendants' compliance with the terms of this Stipulated Judgment. Nothing in this order shall be construed to limit or prevent Plaintiff from conducting discovery of Defendants otherwise permitted under the Federal Rules of Civil Procedure.

16. Each Party to this Stipulated Judgment shall bear its own costs and attorneys' fees.

17. The Parties hereby consent to the entry of the foregoing Stipulated Judgment, which shall constitute a final judgment and order in this matter.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendants pursuant to the terms and conditions recited above.

**IT IS SO ORDERED** this 5th day of October, 2012

_____
The Hon. R. Gary Klausner
United States District Judge
Central District of California

Stipulation approved as to form and content:

**WORLD GYM INTERNATIONAL IP, LLC**

_____

By: Gaius Cammilleri

Its: Managing Director

**IRON WORLD GYM**

_____

By: _____

3
**STIPULATED JUDGMENT AND ORDER**

1  Its: _____

2

3  _____
4  Van Hursey, a natural person

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAYER GIPSON LLP
A Limited Liability Partnership

4
**STIPULATED JUDGMENT AND ORDER**